# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MIKE TORRES,<br><br>    Petitioner,<br><br>    v.<br><br>DHS/ICE, et al.,<br><br>    Respondents. | Case No. 1:15-cv-01841-SAB-HC<br><br>ORDER DENYING MOTION TO WITHDRAW CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE<br><br>(ECF No. 19) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Both Petitioner and Respondents previously consented to disposition of this case by a United States magistrate judge. (ECF Nos. 12, 13). Petitioner now moves to withdraw his consent to magistrate judge jurisdiction. (ECF No. 19).

Once the parties have consented to magistrate judge jurisdiction in a civil case under 28 U.S.C. § 636(c)(1), the reference to the magistrate judge can be withdrawn by the Court only "for good cause shown on its own motion, or under *extraordinary circumstances* shown by any party." 28 U.S.C. § 636(c)(4) (emphasis added); <u>Dixon v. Ylst</u>, 990 F.2d 478, 480 (9th Cir. 1993) ("There is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge."). In the instant motion, Petitioner acknowledges that he "had previously consented to disposition of this case by a United States Magistrate Judge." (ECF No. 19 at 1). However, "upon greater consideration of the magnitude of this case, and in the interest

of justice," Petitioner "has now decided to withdraw his consent." (Id.). Petitioner has failed to make a showing of "extraordinary circumstances" to justify withdrawal of his voluntary consent, and the Court does not sua sponte find "good cause" to vacate the reference.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to withdraw consent is DENIED.

IT IS SO ORDERED.

Dated:   **March 15, 2016**

UNITED STATES MAGISTRATE JUDGE